FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 NOV -6  AM 8: 29

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

CR407-363

| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
|---|---|---|
|  | ) |  |
| v. | ) | VIO: 21 U.S.C. 844 |
|  | ) | Possession of a |
| **ERIC J. TUCKER** | ) | Controlled Substance |
|  | ) |  |

COUNT ONE

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 7th, 2007, on Fort Stewart Military Reservation, a special territorial jurisdiction of the United States and located in the Southern District of Georgia,

**ERIC J. TUCKER**

did knowingly and intentionally possess marihuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844.

COUNT TWO

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about September 28th, 2007, on Fort Stewart Military Reservation, a special territorial jurisdiction of the United States and located in the Southern District of Georgia,

**ERIC J. TUCKER**

did knowingly and intentionally possess marihuana, a Schedule I controlled substance, in

violation of Title 21, United States Code, Section 844.

                                                  EDMUND A. BOOTH JR.
                                                  UNITED STATES ATTORNEY

_[signature]_                                                       _[signature]_

Assistant U.S. Attorney                          Ron Gross
                                              Special Assistant US Attorney
                                              Missouri Bar 49715