```
                                                            FILED
                                                      U.S. DISTRICT COURT
                                                        SAVANNAH DIV.

                                                      2007 NOV -6  AM 8:29

                                                      CLERK_____
                                                           SO. DIST. OF GA.
```

UNITED STATES DISTRICT COURT FOR THE **CR407-363**

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | VIO: 21 U.S.C. 844 |
| | ) | Possession of a |
| ERIC J. TUCKER | ) | Controlled Substance |
| | ) | |

## PENALTY INFORMATION

<u>Counts One & Two</u>  
**Possession of Controlled Substance**

Fine of NLT $1,000, NMT $100,000  
Imprisonment NMT 12 months  
or both  
Special Assessment of $25

Respectfully submitted,

EDMUND A. BOOTH JR.  
UNITED STATES ATTORNEY

*Ron*  
Ron Gross  
Special Assistant US Attorney