# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| CASE NO. CR407-363 | MINUTES | JUDGE CODE: 3JBC |
| UNITED STATES of AMERICA | | MAJ. GROSS |
| _____ Plaintiff | | _____ Counsel for Plaintiff |
| vs. | | |
| ERIC J. TUCKER | | |
| _____ Defendant | | _____ Counsel for Defendant |

ALSO PRESENT:   **SHERRI F. FLANDERS**   Courtroom Deputy Clerk
                **FTR**                   Court Reporter
                CSO                       U. S. Marshal
                ~~STEVENS/RIGGINS~~ Plumley   U. S. Probation

SAVANNAH, GA

DATE: Feb. 12, 2008

PLACE

CASE CALLED THIS DATE FOR   INITIAL APPEARANCE, PLEA, SENTENCING

RIGHT ADVISED; DFT SWORN; CHARGES & MAX PENALTIES SET OUT BY THE COURT

DFT PLEADS GUILTY - COUNT(S) 1+2   COUNT(S) _____ - DISMISSED

none GOV'T SETS OUT PLEA NEGOTIATIONS AND SENTENCING RECOMMENDATION.

✓ GOV'T GIVES FACTUAL BASIS FOR THE PLEA.

✓ COURT ACCEPTS PLEA. PLEA ENTERED.

✓ USPO SETS OUT PRIOR CRIMINAL HISTORY & SENTENCING RECOMMENDATION.

✓ USPO SETS OUT GUIDELINES RANGE.

SENTENCE:   COUNT One -   ____ MONTHS PROBATION
                          FINE WITH ALL BUT $ ____ SUSPENDED
                          ____ HOURS COMMUNITY SERVICE
                          30 days ~~HOURS/HOME~~ CONFINEMENT
                          $25.00 SPECIAL ASSESSMENT

Δ remanded to custody

            COUNT Two -   ____ MONTHS PROBATION
                          FINE WITH ALL BUT $ ____ SUSPENDED
                          30 days ~~HOURS HOME~~ CONFINEMENT concurrent c̄ Cnt. One
                          $25.00 SPECIAL ASSESSMENT

## VERDICT

We, the jury find the defendant, _____
this _____ day of _____, 20_____.

_____
Foreman

## PLEA

The defendant, **Eric J. Tucker**, waives arraignment and pleads **Guilty - Counts One + Two**
in open Court, this **12th** day of **February**, 20**08**.

_____
Counsel for Defendant

x *Eric Tucker*
_____
Defendant

---

**CR407-363**
No.

United States District Court
Southern District of Georgia
Savannah Division

United States
v.
Eric J. Tucker

**INFORMATION FOR**
21 U.S.C 844

Filed in open court this
____ day of Nov
20 __.

_____
Deputy Clerk

EDMUND A. BOOTH JR.
United States Attorney
USA-40-21-1

---

## PLEA

The defendant(s), _____
_____
being fully informed and advised by the Court of the charge against him (them), and of his (their)
legal right to assistance of counsel, and that counsel would be appointed by the Court if desired,
hereby waives arraignment and benefit of counsel, and pleads _____.

In open Court, this _____ day of _____, 20 ____.

_____
_____
_____
_____

Witness:

_____
Clerk, United States Court